MICHAEL C. FASANO (admitted *pro hac vice*)
mfasano@fasanolawfirm.com
FASANO LAW FIRM, PLLC
2 S. Biscayne Blvd., Suite 1750
Miami, FL 33131
Telephone: (786) 530-5239
Facsimile: (954) 688-2492

ARASH SADAT (SBN 279282)
arash@sadatlawgroup.com
SADAT LAW GROUP
333 South Hope Street, 40th Floor
Los Angeles, CA 90071
Telephone: (213) 613-9434
Facsimile: (213) 613-0550

Attorneys for Plaintiff
LUIZ MUSSNICH

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| LUIZ MUSSNICH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RODRIGO TEIXEIRA, an individual; RT FEATURES U.S., LLC, a Delaware limited liability company; US ONE COMERCIO E SERVIÇOS DE CRIAÇÃO E PRODUÇÃO DE OBRAS COM DIREITOS AUTORAIS, S.A., a Brazilian corporation; RT COMÉRCIO E SERVIÇOS DE CRIAÇÃO E PRODUÇÃO DE OBRAS COM DIREITOS AUTORAISM LTDA., a Brazilian limited liability company; CAMISA TREZE CULTURAL SS LTDA., a Brazilian limited liability company; JOSEPH B. GEUS, an individual; J.G. BUSINESS MANAGEMENT, INC., a California corporation; [continued on next page] | Case No.: 2:20-cv-09679-MCS-AS<br>Assigned to: Hon. Marc C. Scarsi<br><br>**PLAINTIFF LUIZ MUSSNICH'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1  LEONARDO MAIA, an individual; and
   DOES 1 THROUGH 10, INCLUSIVE,
2
3                      Defendants.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Luiz

2 Mussnich voluntarily dismisses without prejudice this action, and all claims

3 asserted herein, as to all defendants.  This notice of dismissal is filed before

4 service by any defendant of either an answer or a motion for summary judgment.

5

6 Dated:  March 9, 2021                    FASANO LAW FIRM, PLLC

7

8                                          By:   */s/ Michael C. Fasano*
                                                 Michael C. Fasano
9

10                                         Attorneys *Pro Hac Vice* for Plaintiff
                                           Luiz Mussnich
11

12 Dated:  March 9, 2021                   SADAT LAW GROUP

13                                         By:    */s/ Arash Sadat*
                                                  Arash Sadat
14

15                                         Attorneys for Plaintiff
                                           Luiz Mussnich

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-